IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| HENRY JAMES WIMBERLY, JR., | : | |
| Plaintiff | : | |
| VS. | : | NO. 1:06-CV-52(WLS) |
| Investigator JOHNNY MEYERS, *et al.*, | : | |
| Defendants | : | |
| | : | **O R D E R** |

Plaintiff **HENRY JAMES WIMBERLY, JR.**, an inmate at the Clarke County Jail in Athens, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Without passing judgment on the ultimate determination of the merits of plaintiff's claims, the Court observes that the plaintiff has failed to present his claims on the standard 42 U.S.C. § 1983 forms required by this Court. Nor has the plaintiff submitted the initial filing fee of $350.00 or a financial affidavit seeking leave to proceed *in forma pauperis*.[1]

Accordingly, plaintiff is hereby **ORDERED** to complete and submit a 42 U.S.C. § 1983 form AND either submit the full initial filing fee of $350.00, or execute and return a financial affidavit seeking leave to proceed *in forma pauperis*.

In completing the Court's section 1983 form, plaintiff is instructed to name as defendants herein all specific individuals who he contends were responsible for the alleged mistreatment set

---

[1] The filing fee was increased to $350.00 for civil cases filed on or after April 9, 2006.

forth in his complaint.  With each named defendant, plaintiff should explain the actions taken by each such individual or the duties he or she failed to perform.  To the extent possible, plaintiff should specify the dates on which each alleged event occurred.

Plaintiff shall have thirty (30) days from the date of his receipt of this order to provide the aforementioned information.  Plaintiff is advised that failure to submit the form, pay the fee or submit the required affidavit may result in dismissal of this action.  There shall be <u>no service of process</u> until further order of the Court.

The Clerk of Court is **DIRECTED** to forward the appropriate section 1983 forms and financial affidavit to the plaintiff together with a copy of this order.

**SO ORDERED**, this 17th ay of April, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE