IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| HENRY JAMES WIMBERLY, JR., | : | |
| Plaintiff | : | |
| VS. | : | NO. 1:06-CV-52(WLS) |
| ANTHONY WALKER, *et al.*, | : | |
| Defendants | : | **O R D E R** |

On May 3, 2006, plaintiff **HENRY JAMES WIMBERLY, JR.**, was ordered to pay an initial partial filing fee of $11.66.  To date, plaintiff has failed to make such payment or to explain his failure to do so.

Therefore, in accordance with ***Wilson v. Sargent***, 313 F.3d 1315 (11th Cir. 2002), plaintiff is hereby **ORDERED** to **SHOW CAUSE** to the Court, **WITHIN FIFTEEN (15) DAYS** from the date of his receipt of this Order, why this case should not be dismissed for failure to pay the required initial partial filing fee.  Plaintiff shall advise the Court: (1) what attempts, if any, he has made to pay the required $11.66 partial filing fee; (2) whether he has requested prison officials to withdraw the required amount from his account and to submit it to the Court; and, if so, what response he has received from prison officials; and (3) whether he wishes to proceed with the instant lawsuit.

In the meantime, there shall be **NO SERVICE** of process upon any defendant.

**SO ORDERED**, this 5th day of June, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE