# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| HENRY JAMES WIMBERLY, JR., | : |
| Plaintiff, | : |
| v. | : 1:06-CV-52 (WLS) |
| DOUGHERTY COUNTY, GEORGIA, et. al., | : |
| Defendants. | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on August 23, 2006. (Doc. 23).  It is recommended that the Grady County Police Department, Dougherty County Sheriff's Department, Mitchell County Sheriff's Department, and Thomas County Sheriff's Department be dismissed as defendants in this case. (Doc. 23).  It is further recommended that all claims against the City of Tallahassee, Florida, Dougherty County, Georgia, Grady County, Georgia, Mitchell County, Georgia, and Thomas County, Georgia, be dismissed; and that the same entities be dismissed as defendants in this case. *Id*.  No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 23) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Dougherty County, Georgia, Dougherty County Sheriff's Department, Grady County, Georgia, Grady County Police Department, Mitchell County, Georgia, Mitchell County Sheriff's Department, Thomas County, Georgia, Thomas County Sheriff's Department, and the City of Tallahassee, Florida are **DISMISSED** as defendants herein.

**SO ORDERED**,  this   28th   day of September, 2006.

           /s/W. Louis Sands
**HON. W. LOUIS SANDS,**
**UNITED STATES DISTRICT JUDGE**