**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

HENRY JAMES WIMBERLY, JR., :
:
    Plaintiff, :
:
v. : 1:06-CV-52 (WLS)
:
INVESTIGATOR TIM WILLIAMSON, :
*et al.*, :
:
    Defendants. :
:

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed May 5, 2008. (Doc. 67). It is recommended that Plaintiff's complaint be dismissed because he accumulated three (3) strikes under 28 U.S.C. § 1915(g), which precludes him from proceeding *in forma pauperis*. (Doc. 67). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 67) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's complaint is **DISMISSED without PREJUDICE**.

**SO ORDERED**, this  9th  day of July, 2008.

                                                                             /s/W. Louis Sands
                                                       **THE HONORABLE W. LOUIS SANDS,**
                                                       **UNITED STATES DISTRICT JUDGE**